IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SATELLITE CENTRAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA FARRELL, ROBERT NIGH, COXCOM LLC, as successor by merger to Cox Business Services, LLC; and COX COMMUNICATIONS OMAHA, LLC, <br><br> Defendants. | **8:19CV440** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **October 12, 2021**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 21, 2021** at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 17, 2021.

3) The deadline for filing motions to dismiss and/or for summary judgment is extended to June 21, 2021.

4)     A status conference to discuss the parties' interest in settlement will be held with the undersigned magistrate judge on **May 25, 2021 at 11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

April 22, 2021

                                           BY THE COURT:

                                           *s/ Cheryl R. Zwart*
                                           United States Magistrate Judge